United States District Court
Southern District of Texas

**ENTERED**

April 25, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                    SOUTHERN DISTRICT OF TEXAS

## <u>Motion and Order for Admission *Pro Hac Vice*</u>

| Division | Houston | Case Number | 4:24-cv-939 |
|---|---|---|---|

| SECURITIES AND EXCHANGE COMMISSION, |
|---|
| *versus* |
| ISMAEL ZARCO SANCHEZ ET AL |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Scott Wellman<br>Wellman & Warren, LLP<br>24411 Ridge Route, Suite 200<br>Laguna Hills, CA 92653<br>(949) 580-3737<br>email: swellman@w-wlaw.com<br>State Bar of California, (SBN): 82897 |
|---|---|

| Name of party applicant seeks to appear for: | Roberto Zavala |
|---|---|

| Has applicant been sanctioned by any bar association or court?  Yes _____  No _____ ✓<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated:    4/15/2024 | Signed: |
|---|---|

| The state bar reports that the applicant's status is:  **Active** |
|---|
| Dated: 04/25/2024 | Clerk's signature |

| **Order** |
|---|

**This lawyer is admitted *pro hac vice*.**

Dated: ___April 25, 2024___

_George C. Hanks Jr_
United States District Judge