IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

_____

SECURITIES AND EXCHANGE COMMISSION,  )
                                     )
    Plaintiff,                       )
                                     )
v.                                   )
                                     )
ISMAEL ZARCO SANCHEZ,                )
GABRIEL ARGUELLES,                   )
HECTOR AQUINO,                       )
GLORIA CASTANEDA,                    )
ORLIN WILIFREDO TURCIOS CASTRO,      )
CARMEN DE LA CRUZ,                   )
ELIZABETH ESCOTO,                    ) Civil Action No 4:24-cv-939
REYNA GUIFFARO,                      )
MARCO ANTONIO LEMUS,                 ) JURY TRIAL DEMANDED
DULCE OCHOA,                         )
GABRIEL OCHOA,                       )
JUAN PUAC,                           )
MARIA SARAVIA,                       )
LUIS SERRANO,                        )
JULIO TAFFINDER,                     )
CLAUDIA VELAZQUEZ, and               )
ROBERTO ZAVALA,                      )
                                     )
    Defendants.                      )
_____)

## ADMISSIONS OF FACT

1. Founded in February 2020, CryptoFX was a Texas limited liability company that billed itself as crypto-asset and foreign exchange ("forex") trading academy.

1

EXHIBIT A

2. Approximately 40,000 investors—primarily from the Latino community—across multiple states and foreign countries invested in CryptoFX over the course of two and a half years.

3. CryptoFX was, in fact, a Ponzi scheme.

4. On September 19, 2022, the SEC filed an emergency action in the United States District Court for the Southern District of Texas to halt CryptoFX's ongoing fraudulent offering. *SEC v. Mauricio Chavez, et al.*, 4:22-cv-3359 (S.D. Tex. Sept. 29, 2022).

5. On September 29, 2022, the Court granted a temporary restraining order (and later a preliminary injunction), an asset freeze, and appointed a receiver over CryptoFX and the assets of Chavez and Giorgio Benvenuto.

6. Following his appointment, the Receiver conducted an investigation of CryptoFX's operations and accounting.

7. The Receiver has confirmed that CryptoFX operated as a large Ponzi scheme.

8. The Receiver's accountants have reviewed CryptoFX's books and determined that CryptoFX took in over approximately $448 million in investments.

9. CryptoFX then paid out approximately $431 million in payments to investors predominately using other investors' funds.

10. Based on CryptoFX's accounting records, the Receiver similarly determined that CryptoFX generated minimal, if any, returns through crypto-asset or forex trading and did not use investor funds to trade to any significant degree.

11. CryptoFX had offices in multiple cities across the country.

12. Defendants worked in offices located in Chicago and Houston.

13. Each office held regular presentations, both in person and via Zoom, for investors regarding CryptoFX and its investment packages.

14. CryptoFX operated as a multi-level marketing company: investors received 7% of any amount invested by someone they personally invited, and 3% of the amount invested by someone their invitees invited.

15. Those who invited new investors and received 7% commissions were referred to as "direct sponsors" and those who received 3% commissions were "indirect sponsors."

16. The offerings and sales of the Venture Agreements were not registered with the SEC.

17. Defendants Ismael Sanchez, Maria Saravia, Orlin Wilifredo Turcios Castro, and Roberto Zavala were not registered with the Commission as brokers or as associated persons of a firm registered with the Commission.

**Maria Saravia**

18. Beginning around the end of 2020, Saravia worked in the Houston headquarters of CryptoFX.

19. She helped investors fill out contracts, explained contract terms, collected money from new investors, paid out investment returns, and signed contracts on behalf of CryptoFX.

20. She also shared her own experiences with new investors and repeated statements from CryptoFX presenters that investor money would be used to generate returns by trading in crypto-asset and forex markets.

21. Saravia personally invited at least ten to twelve people to join CryptoFX.

22. Some of the investors that Saravia personally invited resided outside of Texas.

23. Saravia also administered a group chat with investors.

24. Saravia collected investor funds and stored them in a safe, to which she had exclusive access, on the ground floor of the CryptoFX headquarters in Houston.

25. She deposited the funds at CryptoFX's accounting office and paid out returns to investors at the accounting office's direction.

26. Beginning in late 2021 or early 2022, Saravia maintained an online spreadsheet to track new investors and outgoing payments.

27. Saravia relied on this spreadsheet to notify CryptoFX's accounting office of new investments and payments made, to coordinate and track approvals for payments, and to confirm that the money CryptoFX received matched the amounts collected from investors.

28. The spreadsheet had monthly tabs, and each tab contained sections listing new investor contracts, payments of returns to investors, rollovers, and commissions paid to investors.

29. The balance after those payments was "owed" to CryptoFX, meaning it was given to headquarters.

30. Saravia received commissions based on the amounts invested by those she directly invited.

31. Saravia also received commissions based on the amounts invested by those investors invited by her invitees.

**Orlin Wilifredo Turcios Castro**

32. Turcios began working for CryptoFX around March 2022.

33. He gave presentations to potential and existing investors at least once a week at an office in North Houston and, occasionally, in Louisiana.

34. During these meetings, Turcios provided information about investing in CryptoFX.

35. Videos of his presentations were shared on social media.

36. Turcios knew people were recording his presentations to be shared online and he did not object.

37. Turcios personally invited multiple investors to join CryptoFX.

38. Some of the investors that Turcios personally invited resided outside of Texas.

39. Turcios also operated a group chat in which he posted flyers and announced the time and location of his presentations.

40. Turcios collected investor funds, stored them in a safe, and transported them and the new investor contracts weekly to CryptoFX's headquarters in Houston.

41. A few investors also sent Turcios investment funds by wire.

42. Turcios received commissions based on the amounts invested by those he directly invited.

43. Turcios also received commissions based on the amounts invested by those investors invited by his invitees.

**Roberto Zavala**

44. Zavala took part in a series of presentations throughout 2021 and 2022 to groups of potential and existing investors in Chicago, Miami, Atlanta, Los Angeles, and Houston.

45. These meetings all focused on investing in CryptoFX.

46. Some of these meetings included hundreds of investors, though Zavala also met with investors one-on-one.

47. Zavala oversaw a team of hundreds of investors.

48. He personally invited at least 10 people to join CryptoFX, and many more were invited by those he invited.

49. He operated an office in Chicago, regularly met with investors, assisted them in executing contracts, and answered their questions.

50. Zavala also participated in a group chat in which he posted links to promotional CryptoFX meetings and encouraged investors to bring friends and family.

51. Some of Zavala's presentations were advertised via flyers in the group chat.

52. Zavala communicated with CryptoFX's Houston office via text to report on new investor inflows and outgoing payments.

53. Zavala also received investor cash, arranged for its transport to Houston headquarters, and paid out purported investor returns and commissions.

54. The vast majority of investments in CryptoFX were in cash, but Zavala also told investors that they could invest via bitcoin or wire.

55. Beginning in late 2021 or early 2022, Zavala maintained an online spreadsheet to track new investors and outgoing payments.

56. Zavala relied on his spreadsheet to notify CryptoFX's accounting office of new investments and payments made, to coordinate and track approvals for payments, and to confirm that the money CryptoFX received from each Leader matched the amounts collected from investors.

57. The spreadsheet had monthly tabs, and each tab contained sections listing new investor contracts, payments of returns to investors, rollovers, and commissions paid to investors.

58. The spreadsheet also had monthly "Leader Balance Summaries" for each month, which showed that money from new investors was used to pay existing investors' commissions, returns, and other expenses.

59. The balance after those payments was "owed" to CryptoFX, meaning it was sent to headquarters.

60. Zavala invited multiple individuals to invest in CryptoFX.

61. Some of the investors that Zavala personally invited resided outside of Illinois, where he resided.

62. Zavala continued to perform presentations on behalf of CryptoFX after September 29, 2022.

63. Around October or November 2022, Zavala hosted a call with CryptoFX investors via Zoom.

64. In that call, he acknowledged that CryptoFX's assets had been frozen.

65. He encouraged investors to create digital wallets for repayments.

66. He also promoted a "solution" in the form of a purported new investment, 24/7 Academy.

67. 24/7 Academy was a new organization that was similar in format to CryptoFX.

68. Zavala told investors on that call that (a) investors could invest in three different packages for $1,000, $5,000 or $10,000 with 24/7 Academy; (b) investors would earn passive returns up to 12%; (c) returns would be achieved through Chavez's forex trading; and (d) investors could earn commissions of 7% on all referrals.

69. Zavala received commissions based on the amounts invested by those he directly invited to join CryptoFX.

70. Zavala also received commissions based on the amounts invested by those investors invited by his invitees to join CryptoFX.

**Ismael Sanchez**

71. In or around the end of 2020, Sanchez became the head of an office in Chicago, which was referred to as "Team Ismael."

72. Hundreds of people joined Team Ismael.

73. Sanchez also hosted a group chat for Team Ismael and posted in other group chats.

74. He would post links to Zoom meetings and promotions to encourage team members to bring in more investors.

75. He also attended meetings and answered questions about his returns and experiences with CryptoFX.

76. In August 2022, Sanchez hosted an event in Houston that encouraged the attendees to bring in new investors.

77. A video of this event was later posted on Youtube.

78. Sanchez led the meeting, during which he invited numerous leaders to stand and speak about their commissions and bonuses.

79. This meeting was similar in content to the Houston meeting.

80. Investors executed investment contracts at both the Houston and Chicago meetings.

81. Most investments in CryptoFX were in cash, but Sanchez also told investors they could invest via bitcoin or wire.

82. Sanchez relied on his spreadsheet to notify CryptoFX's accounting office of new investments and payments made, to coordinate and track approvals for payments, and to confirm that the money CryptoFX received from each Leader matched the amounts collected from investors.

83. The spreadsheet had monthly tabs, and each tab contained sections listing new investor contracts, payments of returns to investors, rollovers, and commissions paid to investors.

84. Sanchez received commissions based on the amounts invested by those whom he directly invited to invest in CryptoFX

85. When Sanchez asked CryptoFX representatives or Chavez to send money to cover investor return payments, he was told to bring in more investors to cover the deficit.