IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **ISMAEL ZARCO SANCHEZ,** ) | |
| **GABRIEL ARGUELLES,** ) | |
| **HECTOR AQUINO,** ) | |
| **GLORIA CASTANEDA,** ) | |
| **ORLIN WILIFREDO TURCIOS CASTRO,** ) | |
| **CARMEN DE LA CRUZ,** ) | |
| **ELIZABETH ESCOTO,** ) Civil Action No 4:24-cv-939 | |
| **REYNA GUIFFARO,** ) | |
| **MARCO ANTONIO LEMUS,** ) JURY TRIAL DEMANDED | |
| **DULCE OCHOA,** ) | |
| **GABRIEL OCHOA,** ) | |
| **JUAN PUAC,** ) | |
| **MARIA SARAVIA,** ) | |
| **LUIS SERRANO,** ) | |
| **JULIO TAFFINDER,** ) | |
| **CLAUDIA VELAZQUEZ, and** ) | |
| **ROBERTO ZAVALA,** ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S EXHIBIT LIST**

Pursuant to Federal Rule of Civil Procedure 26(a)(3) and Court Procedure 11, Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") hereby serves on Defendants Ismael Sanchez, Maria Saravia, Orlin Wilifredo Turcios Castro, and Roberto Zavala (collectively, "Defendants") the following list of exhibits that Plaintiff intends to offer or may offer into evidence at trial. Plaintiff reserves the right to supplement and/or

1

EXHIBIT B

amend this list of exhibits. In addition to the listed exhibits, Plaintiff reserves the right to use exhibits not included on this list for impeachment and refreshing recollection. Plaintiff reserves the right to not introduce or offer into evidence any of the exhibits listed herein. Plaintiff reserves the right to use as exhibits any exhibits included on Defendants' exhibit list, and to object to Defendants' use of exhibits on the attached exhibit list based on evidentiary objections. Plaintiff reserves the right to produce additional rebuttal exhibits, if necessary. Plaintiff also reserves the right to use demonstratives not included on this list at the trial in this matter.

Under Rule 26(a)(3) of the Federal Rules of Civil Procedure and the Court Procedure 11.C in this case, Defendants must timely serve and file their objections, if any, to each of the exhibits listed below and their grounds for each objection seven days after the Joint Pretrial Order is filed.

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 1 | Presentation, "presentacion de negocios" <br><br> **Other Identifier**: (Zavala Depo. Ex. 80) (Pl's MSJ Ex. 3) [APP. 0121- 0168] (CFX_020268 - CFX 20305) | | | | |
| 2 | Presentation, "CFX Academy General Information" <br><br> **Other Identifiers:** (Saravia Depo. Ex. 18) (Pl's MSJ Ex. 7 [APP. 0289-0322]) (SEC-ReceiverLJ-E-0002301 - 2334) | | | | |
| 3 | Group Chat, "CFX equipo de Chicago" <br><br> **Other Identifiers:** (Zavala Depo. Ex. 86) (Pl's MSJ Ex. 9 [APP. 0414-0528]) (SEC-ReceiverLJ-E-0002737 - 2851) | | | | |

2

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 4 | Video, "CFX academy Houston" (see Flash Drive)<br><br>**Other Identifiers:** (Pl's MSJ Ex. 10 [APP. 0529]) (Turcios Depo. Ex. 20) (SEC-SEC-E-0007953) | | | | |
| 5 | Declaration of Leevented Henley<br><br>**Other Identifiers:** (Pl's MSJ Ex. 11 [APP. 0530]) (SEC-SEC-E-0007952) | | | | |
| 6 | Translation of Video, "CFX academy Houston"<br><br>**Other Identifiers:** (Pl's MSJ Ex. 12 [APP. 0531-0534]) (Turcios Depo. Ex. 21) | | | | |
| 7 | Latitude Prime Certificate of Translation | | | | |
|   | **Other Identifiers:** | | | | |
| 8 | Video, "https-www-tiktock.com-hectorkiss-video" (see Flash Drive)<br><br>**Other Identifiers:** (Pl's MSJ Ex. 13 [APP. 0535]) (Turcios Depo. Ex. 22) (SEC-SEC-E-0007964) | | | | |
| 9 | Declaration of Leevented Henley<br><br>**Other Identifiers:** (Pl's MSJ Ex. 14 [APP. 0536-0537])( (SEC-SEC-E-0007955 - 7956) | | | | |
| 10 | Translation of Video, "https-www-tiktock.com-hectorkiss-video"<br><br>**Other Identifiers:** (Pl's MSJ Ex. 15 [APP. 0538-0546]) (Turcios Depo. Ex. 23) | | | | |
| 11 | Latitude Prime Certificate of Translation | | | | |
|   | **Other Identifiers:** | | | | |
| 12 | Video, "CFX Academy Conferencia En Houston, TX-YouTube" | | | | |
|   | **Other Identifiers:** (Sanchez Depo. Ex. 54) (Pl's MSJ Ex. 16 [APP. 0547]) (SEC-SEC-E-0007888) | | | | |
| 13 | Declaration of Russell Castillo | | | | |
|   | **Other Identifiers:** (Pl's MSJ Ex. 17 [APP. 0548])<br>(SEC-SEC-E-0007951) | | | | |
| 14 | Translation of Video, "CFX Academy Conferencia En Houston, TX-YouTube" | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | **Other Identifiers:** (Sanchez Depo. Ex. 53) (Pl's MSJ Ex. 18 [APP. 0549-0609]) (SEC-SEC-E-0007889- SEC-SEC-E-0007949) | | | | |
| 15 | Latitude Prime Certificate of Translation | | | | |
| | **Other Identifiers:** (SEC-SEC-E-0007950) | | | | |
| 16 | Group Chat "CFX 7" | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 21 [APP. 0622-0814]) (CFX_016513-16705) | | | | |
| 17 | Flyer, "Clases para Bonos Elite" | | | | |
| | **Other Identifiers:** (Turcios Depo. Ex. 24) (Pl's MSJ Ex. 23 [APP. 0819]) (SEC-FW-04464-E-0000015) | | | | |
| 18 | Group Chat, "Team Chicago $1 million" | | | | |
| | **Other Identifiers:** (Sanchez Depo. Ex. 69) (Pl's MSJ Ex. 24 [APP. 0820-1335]) (CFX_018951-19466) | | | | |
| 19 | Flyer, "Presentacion de Negocios Entrega de Comisiones, Ganancias y Mas Sopresas" | | | | |
| | **Other Identifiers:** (Zavala Depo. Ex. 79) (Pl's MSJ Ex. 26 [APP. 1342]) (SEC-FW-04464-E-0000013) | | | | |
| 20 | Email, R Zavala to S Themeli | | | | |
| | **Other Identifiers:** (Zavala Depo. Ex. 83) (Pl's MSJ Ex. 27 [APP. 1343]) (SEC-ReceiverLJ-E-0002714) | | | | |
| 21 | Chat, "Ana CFX Coorporativo" | | | | |
| | **Other Identifiers:** (Zavala Depo. Ex. 84) (Pl's MSJ Ex. 28 [APP. 1344-1352]) (SEC-ReceiverLJ-E-0002715-02723) | | | | |
| 22 | Email, R Zavala to S Themeli | | | | |
| | **Other Identifiers:** (Zavala Depo. Ex. 87) (Pl's MSJ Ex. 29 [APP. 1353]) (SEC-ReceiverLJ-E-0002920) | | | | |
| 23 | Chat, "Karla CFX Corporativo" | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | **Other Identifiers:** (Zavala Depo. Ex. 88) (Pl's MSJ Ex. 30 [APP. 1354-1381]) (SEC-ReceiverLJ-E-0002921-2948) | | | | |
| 24 | Saravia Spreadsheet<br><br>**Other Identifiers:** (Saravia Depo. Ex. 11) (see Flash Drive) (Pl's MSJ Ex. 31 [APP. 1382]) (SEC-ReceiverLJ-E-0001810) | | | | |
| 25 | Sanchez Spreadsheet<br>**Other Identifiers:** (Sanchez Depo. Ex. 64) (Pl's MSJ Ex. 32 [APP. 1383-1667]) (SANCHEZ 000001 – 285) | | | | |
| 26 | Zavala Spreadsheet<br><br>**Other Identifiers:** (Zavala Depo. Ex. 89) (see Flash Drive) (Pl's MSJ Ex. 33 [APP. 1668]) (SEC-ReceiverLJ-E-0005340) | | | | |
| 27 | Crysti Ct. General Warranty Deed<br><br>**Other Identifiers:** (Pl's MSJ Ex. 34 [APP. 1669-1673]) (CTofTxLLC1492-1496) | | | | |
| 28 | Single Ledger Balance<br><br>**Other Identifiers:** (Pl's MSJ Ex. 36 [APP. 1679-1685]) (CTofTxLLC0212-0218) | | | | |
| 29 | Email, "Match for File Number"<br><br>**Other Identifiers:** (Pl's MSJ Ex. 37 [APP. 1686-1687]) (CTofTxLLC1498-01499) | | | | |
| 30 | Letter, Chicago Title of Texas<br>**Other Identifiers:** (Pl's MSJ Ex. 50 [APP. 2066]) (CTofTxLLC1252) | | | | |
| 31 | Chicago Title Business Records Declaration<br>**Other Identifiers:** (Pl's MSJ Ex. 35 [APP. 1674-1678]) (SEC-CTTX-P-000001 – SEC-CTTX-P-00004) | | | | |
| 32 | Post, "Comunicado"<br>**Other Identifiers:** (Sanchez Depo. Ex. 76) (Pl's MSJ Ex. 38 [APP. 1688]) (SEC-CalderonO-E-0000015) | | | | |
| 33 | Recording, Zavala<br><br>**Other Identifiers:** (Zavala Depo. Ex. 91) | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | (Pl's MSJ Ex. 39 [APP. 1689]) (SEC-CarrilloA-E-0000001) | | | | |
| 34 | Translation of Recording, Zavala<br><br>**Other Identifiers:** (Pl's MSJ Ex. 40 [APP. 1690-1732]) | | | | |
| 35 | Latitude Prime Certificate of Translation<br>**Other Identifiers:** | | | | |
| 36 | Contracts, Orlin Turcios Castro<br><br>**Other Identifiers:** (Turcios Depo. Ex. 27) (Pl's MSJ Ex. 41 [APP. 1733-1745]) (SEC-ReceiverLJ-E-005072-05084) | | | | |
| 37 | Contracts, Maria Saravia<br><br>**Other Identifiers:** (Saravia 12.15.22 Depo. Ex. 53) (Pl's MSJ Ex. 42 [APP. 1746-1750]) (SEC-ReceiverLJ-E-0001846-01851) | | | | |
| 38 | Contracts, Roberto Zavala<br><br>**Other Identifiers:** (Zavala Depo. Ex. 90) (Pl's MSJ Ex. 43 [APP. 1751-1948]) (Zavala 000008-00205) | | | | |
| 39 | Group Chat, "CFX Cleveland Chanel"<br><br>**Other Identifiers:** (Sanchez Depo. Ex. 70) (Pl's MSJ Ex. 44 [APP. 1949-2058]) (CFX_017211-17320) | | | | |
| 40 | Video, "Ismael CFX"<br>**Other Identifiers:** (Sanchez Depo Ex. 56) (Pl's MSJ Ex. 46 [APP. 2062]) (SEC-SEC-E-007976) | | | | |
| 41 | Screenshot, "Ismael CFX"<br><br>**Other Identifiers: (**Pl's MSJ Ex. 47 [APP. 2063]) (Sanchez Depo. Ex. 55) | | | | |
| 42 | Declaration of Leevented Henley<br>**Other Identifiers:** (Pl's MSJ Ex. 48 [APP. 2064]) | | | | |
| 43 | Flyer, "Bono Doble promocion"<br>**Other Identifiers:** (Pl's MSJ Ex. 25, Ex. 1 [APP. 1340]) (SEC-VelezJ-E-0000020) | | | | |
| 44 | Announcement, "Comunicado" | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | **Other Identifiers:** (Pl's MSJ Ex. 25, Ex. 2 [APP. 1341]) (SEC-VelezJ-E-0000024) | | | | |
| 45 | Velez Declaration | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 25) | | | | |
| 46 | PNC Domestic Transfer Record | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 20, Ex. 1 [APP. 0618-619]) (SEC_LlangariMJ-E-0000001-2) | | | | |
| 47 | Llangari Contract | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 20, Ex. 2 [APP. 0620]) (SEC-LlangariMJ-E-0000003) | | | | |
| 48 | Llangari Declaration | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 20 [APP. 613-621]) | | | | |
| 49 | John Lewis Declaration | | | | |
| | **Other Identifiers:** (Pl's MSJ Ex. 5 [APP. 230-234]) | | | | |
| 50 | Complaint from SEC v. CryptoFX, et al., 4:22-cv-3359 | | | | |
| | **Other Identifiers:** USDC/SDTX - Docket 3 | | | | |
| 51 | Salesforce Printout – Leader Earnings | | | | |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003495) | | | | |
| 52 | Salesforce Printout – Leader Commissions | | | | |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003566) | | | | |
| 53 | Salesforce Summary – Sanchez | | | | |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003537) | | | | |
| 54 | Order Appointing Receiver, SEC v. CryptoFX et al., 4:22-cv-3359 | | | | |
| | **Other Identifiers:** USDC/SDTX – Docket 11 | | | | |
| 55 | Portillo Contracts | | | | |
| | **Other Identifiers:** (SEC-FWRO-FW-4464 00010311 – 00010312) | | | | |
| 56 | Portillo Declaration | | | | |
| | **Other Identifiers**: (Pl's MSJ Ex. 19 [APP. 610-612]) | | | | |
| 57 | Photo, Sanchez and Chavez | | | | |
| | **Other Identifiers**: (Sanchez Depo. Ex. 51) (SEC-DelgadoS-E-0000004) | | | | |
| 58 | Screenshot, Youtube "CFX Academy Conferencia en Houston Tx" | | | | |
| | **Other Identifiers**: (Sanchez Depo. Ex. 52) (SEC-SEC-E-0007884 – 0007887) | | | | |

7

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| 59 | Memorandum, *SEC v. Chavez et al.*, Interview of Roberto Zavala – 2/2/23 <br> **Other Identifiers**: (SEC-ReceiverLJ-E-0003587-3593) | | | | |
| 60 | Elfego Zarco Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 57) (CP-000008531) | | | | |
| 61 | Molina Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 58) (CP-000008605) | | | | |
| 62 | Alejandro Zarco Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 59) (CP-000012528) | | | | |
| 63 | Vazquez Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 60) (CP-000016785) | | | | |
| 64 | Rangel Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 61) (CP-000027894) | | | | |
| 65 | Sanchez Text Exchange <br> **Other Identifiers**: (Sanchez Depo. Ex. 62) (SEC-FW-04464-E-0000041) | | | | |
| 66 | Rodriguez Receipt <br> **Other Identifiers**: (Sanchez Depo. Ex. 65) (SEC-RodriguezS-E-0000007) (SEC-RodriguezS-E-0000007) | | | | |
| 67 | Rodriguez Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 66) (SEC-RodriguezS-E-0000013) (SEC-RodriguezS-E-0000013) | | | | |
| 68 | Rodriguez NFT Payment Receipt <br> **Other Identifiers**: (Sanchez Depo. Ex. 67) (SEC-RodriguezS-E-0000027) | | | | |
| 69 | Payment Spreadsheet <br> **Other Identifiers**: (Saravia Depo. Ex. 15) (CHAVEZLT001855) | | | | |
| 70 | LibertyCad Web Page Printout <br> **Other Identifiers**: (Sanchez Depo. Ex. 71) | | | | |
| 71 | Funez Contract <br> **Other Identifiers**: (Sanchez Depo. Ex. 72) (SEC-YungaS-E-0000005) | | | | |
| 72 | Yunga Contract | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | **Other Identifiers**: (Sanchez Depo. Ex. 73) (SEC-YungaS-E0000002) | | | | |
| 73 | Sanchez Recording | | | | |
| | **Other Identifiers**: (Sanchez Depo. Ex. 74) (SEC-MontalezaP-E-0000207) | | | | |
| 74 | La Academia Printout | | | | |
| | **Other Identifiers**: (Sanchez Depo. Ex. 75) (SEC-EngelL-E-0000004) | | | | |
| 75 | Contratos de Loly | | | | |
| | **Other Identifiers**: (Saravia Depo. Ex. 16) (SEC-Saravia-E-0000219-224) | | | | |
| 76 | Translation of Post, "Comunicado" (see Pls' Trial Ex. 32 above) | | | | |
| | **Other Identifiers**: (Sanchez Depo. Ex. 77) (SEC-CalderonO-E-0000015) | | | | |
| 77 | Photo, Sanchez | | | | |
| | **Other Identifiers**: (SEC-CalderonO-E-00000009) | | | | |
| 78 | Notice, "Para Las Personas" | | | | |
| | **Other Identifiers**: (SEC-CalderonO-E-00000016) | | | | |
| 79 | Notice, "Para Las Personas" (2) | | | | |
| | **Other Identifiers**: (SEC-CalderonO-E-00000017) | | | | |
| 80 | Morales Contract | | | | |
| | **Other Identifiers**: (Saravia Depo. Ex. 10) (SEC-Saravia-E-0000204) | | | | |
| 81 | Chavez/Saravia Contract | | | | |
| | **Other Identifiers**: (Saravia Depo. Ex. 12) (SEC-Saravia-E-0000201) | | | | |
| 82 | Fuentes Contract | | | | |
| | **Other Identifiers**: (Saravia Depo. Ex. 13) (SEC-Saravia-E-0000198) | | | | |
| 83 | November Contracts | | | | |
| | **Other Identifiers**: (Saravia Depo. Ex. 17) (SEC-Saravia-E-0000228-230) | | | | |
| 84 | Flyer, "CFX Academy LLC" | | | | |
| | **Other Identifiers**: (Turcios Depo. Ex. 25) | | | | |
| 85 | Contratos Pogados | | | | |
| | **Other Identifiers**: (Turcios Depo. Ex. 28) (SEC-ReceiverLJ-E-0005140 - 5331) | | | | |
| 86 | Venture Agreement (Blank) | | | | |

| Trial Ex. # | Description | Offer | Obj. | Date Admit | Date N/Adm |
|---|---|---|---|---|---|
| | **Other Identifiers**: (Munoz Depo. Ex. 2) (CHAVEZLT000034) | | | | |
| 87 | Leader Tracking Spreadsheet | | | | |
| | **Other Identifiers**: (Munoz Depo. Ex. 5) (SEC-ReceiverLJ-E-0002292) | | | | |
| 88 | Photo | | | | |
| | **Other Identifiers**: (Zavala Depo. Ex. 81) (SEC-ISOS-E-0000230) | | | | |
| 89 | Chat, Mauricio Chavez and Zavala | | | | |
| | **Other Identifiers**: (Zavala_Roberto00000576-832) | | | | |
| 90 | Video, Zavala Presentation | | | | |
| | **Other Identifiers**: (SEC-ISOS-E-0000257) | | | | |
| 91 | Memorandum, *SEC v. Chavez et al.*, Interview of Ismael Sanchez – 2/10/23 | | | | |
| | **Other Identifiers**: (SEC-ReceiverLJ-E-0003594) | | | | |
| 92 | Salesforce Summary—Zavala | | | | |
| | **Other Identifiers**: (SEC-ReceiverLJ-E-0003559-3560) | | | | |
| 93 | Salesforce Summary--Saravia | | | | |
| | **Other Identifiers**: (SEC-ReceiverLJ-E-0003554-3555) | | | | |
| 94 | Salesforce Summary--Turcios | | | | |
| | **Other Identifiers**: (SEC-ReceiverLJ-E-0003556-3558) | | | | |

DATED: October 3, 2025

Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

*/s/ Tyson M. Lies*
Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
Tyson M. Lies
Texas Bar No. 24087927
S.D. Texas Bar No. 3865116
Jillian Harris

        Texas Bar No. 24087671
        S.D. Texas Bar No. 2669497
        United States Securities and
        Exchange Commission
        Burnett Plaza, Suite 1900
        801 Cherry Street, Unit 18
        Fort Worth, TX 76102
        Telephone: (817) 978-1410
        Facsimile: (817) 978-4927
        guldem@sec.gov
        liest@sec.gov
        harrisji@sec.gov

## **CERTIFICATE OF SERVICE**

     I affirm that on October 3, 2025, I caused the foregoing to be electronically filed with the Clerk of the Court for the Southern District of Texas, Houston Division, by using the CM/ECF system which will send a notice of electronic filing to all CM/ECF participants.

        */s/Tyson M. Lies*
        Tyson M. Lies