UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br> Plaintiff, <br><br> VS. <br><br> ISMAEL ZARCO SANCHEZ, <br> Defendant. | § § § § § § § § § CIVIL ACTION NO. 4:24-CV-939 |

**VERDICT FORM**

### Question No. 1 – Section 10(b) and Rule 10b-5 – Securities Fraud

Did the SEC prove by a preponderance of the evidence that Defendant Ismael Sanchez violated Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5?

Answer "Yes" or "No":     _Yes_

### Question No. 2 – Section 17(a)(1) – Securities Fraud

Did the SEC prove by a preponderance of the evidence that Defendant Ismael Sanchez violated Section 17(a)(1) of the Securities Act of 1933?

Answer "Yes" or "No":     _Yes_

### Question No. 3 – Section 17(a)(2) and (3) – Securities Fraud

Did the SEC prove by a preponderance of the evidence that Defendant Ismael Sanchez violated Section 17(a)(2) or (3) of the Securities Act of 1933?

Answer "Yes" or "No":     _Yes_

### Question No. 4 – Section 5 – Offers and Sales of Unregistered Securities

Did the SEC prove by a preponderance of the evidence that Defendant Ismael Sanchez violated Section 5 of the Securities Act of 1933?

Answer "Yes" or "No":     _Yes_

## Question No. 5 – Section 15(a) – Unregistered Broker

Did the SEC prove by a preponderance of the evidence that Defendant Ismael Sanchez violated Section 15(a) of the Securities Exchange Act of 1934?

Answer "Yes" or "No":       Yes

We, the jury, return the foregoing as our unanimous verdict.

02-12-2026
Date

_____
Foreperson