**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § § | |
| Plaintiff(s), | § | |
| VS. | § § | CIVIL ACTION NO. 4:24−cv−00939 |
| ISMAEL ZARCO SANCHEZ, et al. | § § § | |
| Defendant. | § | |

**NOTICE OF SETTING**

A Status Conference has been set in this matter for 02:00 PM on 4/15/2026. The hearing will be conducted using the ZoomGov.com videoconferencing program.

Join the hearing on ZoomGov.com by clicking or copying and pasting the following link:
*https://www.zoomgov.com/j/1618809608?pwd=AUamS2E84gEVeS1tUUnOjv84q9K7LD.1*
Meeting phone number: 669−254−5252
Meeting ID: 161 880 9608
Meeting Password: 387136

Parties should be prepared to discuss all pending issues before the Court. Failure to appear may result in the case being dismissed for want of prosecution and/or sanctions as deemed appropriate by the Court.

Date: 2/20/2026

Kimberly Picota
cm4147@txs.uscourts.gov
Case Manager to
U.S. District Judge George C. Hanks, Jr.