# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

_____

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **ISMAEL ZARCO SANCHEZ,** | ) |
| **GABRIEL ARGUELLES,** | ) |
| **HECTOR AQUINO,** | ) |
| **GLORIA CASTANEDA,** | ) |
| **ORLIN WILIFREDO TURCIOS CASTRO,** | ) |
| **CARMEN DE LA CRUZ,** | ) |
| **ELIZABETH ESCOTO,** | ) Civil Action No 4:24-cv-939 |
| **REYNA GUIFFARO,** | ) |
| **MARCO ANTONIO LEMUS,** | ) JURY TRIAL DEMANDED |
| **DULCE OCHOA,** | ) |
| **GABRIEL OCHOA,** | ) |
| **JUAN PUAC,** | ) |
| **MARIA SARAVIA,** | ) |
| **LUIS SERRANO,** | ) |
| **JULIO TAFFINDER,** | ) |
| **CLAUDIA VELAZQUEZ, and** | ) |
| **ROBERTO ZAVALA,** | ) |
| | ) |
| Defendants. | ) |

_____ _)

## JOINT FINAL EXHIBIT LIST

Pursuant to the February 19, 2026, Court's Order requiring the parties to file a final exhibit list of the admitted exhibits from the evidentiary hearing, the parties hereby submit the following:

1

|  | Description |
|---|---|
| | **PLAINTIFF'S EXHIBITS** |
| 1 | Presentation, "presentacion de negocios" |
| | **Other Identifier**: (Zavala Depo. Ex. 80) (Pl's MSJ Ex. 3) [APP. 0121- 0168] (CFX_020268 -  CFX 20305) |
| 2 | Presentation, "CFX Academy General Information" |
| | **Other Identifiers:** (Saravia Depo. Ex. 18) (Pl's MSJ Ex. 7 [APP. 0289-0322]) (SEC-ReceiverLJ-E-0002301 - 2334) |
| 4 | Video, "CFX academy Houston" (see Flash Drive) |
| | **Other Identifiers:** (Pl's MSJ Ex. 10 [APP. 0529]) (Turcios Depo. Ex. 20) (SEC-SEC-E-0007953) |
| 5 | Declaration of Leevented Henley |
| | **Other Identifiers:** (Pl's MSJ Ex. 11 [APP. 0530]) (SEC-SEC-E-0007952) |
| 6 | Translation of Video, "CFX academy Houston" |
| | **Other Identifiers:** (Pl's MSJ Ex. 12 [APP. 0531-0534]) (Turcios Depo. Ex. 21) |
| 7 | Latitude Prime Certificate of Translation |
| | **Other Identifiers:** |
| 8 | Video, "https-www-tiktock.com-hectorkiss-video" (see Flash Drive) |
| | **Other Identifiers:** (Pl's MSJ Ex. 13 [APP. 0535]) (Turcios Depo. Ex. 22) (SEC-SEC-E-0007964) |
| 9 | Declaration of Leevented Henley |
| | **Other Identifiers:** (Pl's MSJ Ex. 14 [APP. 0536-0537])( (SEC-SEC-E-0007955 - 7956) |
| 10 | Translation of Video, "https-www-tiktock.com-hectorkiss-video" |
| | **Other Identifiers:** (Pl's MSJ Ex. 15 [APP. 0538-0546]) (Turcios Depo. Ex. 23) |
| 11 | Latitude Prime Certificate of Translation |
| | **Other Identifiers:** |
| 12 | Video, "CFX Academy Conferencia En Houston, TX-YouTube" |
| | **Other Identifiers:** (Sanchez Depo. Ex. 54) (Pl's MSJ Ex. 16 [APP. 0547]) (SEC-SEC-E-0007888) |
| 13 | Declaration of Russell Castillo |
| | **Other Identifiers:** (Pl's MSJ Ex. 17 [APP. 0548]) (SEC-SEC-E-0007951) |

|  | Description |
|---|---|
| 14 | Translation of Video, "CFX Academy Conferencia En Houston, TX-YouTube" |
| | **Other Identifiers:** (Sanchez Depo. Ex. 53) (Pl's MSJ Ex. 18 [APP. 0549-0609]) (SEC-SEC-E-0007889- SEC-SEC-E-0007949) |
| 15 | Latitude Prime Certificate of Translation |
| | **Other Identifiers:** (SEC-SEC-E-0007950) |
| 18 | Group Chat, "Team Chicago $1 million" |
| | **Other Identifiers:** (Sanchez Depo. Ex. 69) (Pl's MSJ Ex. 24 [APP. 0820-1335]) (CFX_018951-19466) |
| 25 | **Other Identifiers:** (Sanchez Depo. Ex. 69) (Pl's MSJ Ex. 24 [APP. 0820-1335]) (CFX_018951-19466) |
| | **Other Identifiers:** (Sanchez Depo. Ex. 64) (Pl's MSJ Ex. 32 [APP. 1383-1667]) (SANCHEZ 000001 – 285) |
| 27 | Crysti Ct. General Warranty Deed |
| | **Other Identifiers:** (Pl's MSJ Ex. 34 [APP. 1669-1673]) (CTofTxLLC1492-1496) |
| 28 | Single Ledger Balance |
| | **Other Identifiers:** (Pl's MSJ Ex. 36 [APP. 1679-1685]) (CTofTxLLC0212-0218) |
| 29 | Email, "Match for File Number" |
| | **Other Identifiers:** (Pl's MSJ Ex. 37 [APP. 1686-1687]) (CTofTxLLC1498-01499) |
| 30 | Letter, Chicago Title of Texas |
| | **Other Identifiers:** (Pl's MSJ Ex. 50 [APP. 2066]) (CTofTxLLC1252) |
| 31 | Chicago Title Business Records Declaration |
| | **Other Identifiers:** (Pl's MSJ Ex. 35 [APP. 1674-1678]) (SEC-CTTX-P-000001 – SEC-CTTX-P-00004) |
| 32 | Post, "Comunicado" |
| | **Other Identifiers:** (Sanchez Depo. Ex. 76) (Pl's MSJ Ex. 38 [APP. 1688]) (SEC-CalderonO-E-0000015) |
| 33 | Recording, Zavala |
| | **Other Identifiers:** (Zavala Depo. Ex. 91) (Pl's MSJ Ex. 39 [APP. 1689]) (SEC-CarrilloA-E-0000001) |
| 34 | Translation of Recording, Zavala |
| | **Other Identifiers:** (Pl's MSJ Ex. 40 [APP. 1690-1732) |

| | |
|---|---|
| 35 | Latitude Prime Certificate of Translation |
| | **Other Identifiers:** |
| 39 | Group Chat, "CFX Cleveland Chanel" |
| | **Other Identifiers:** (Sanchez Depo. Ex. 70) (Pl's MSJ Ex. 44 [APP. 1949-2058]) (CFX_017211-17320) |
| 41 | Screenshot, "Ismael CFX" |
| | **Other Identifiers: (**Pl's MSJ Ex. 47 [APP. 2063]) (Sanchez Depo. Ex. 55) |
| 42 | Declaration of Leevented Henley |
| | **Other Identifiers:** (Pl's MSJ Ex. 48 [APP. 2064]) |
| 43 | Flyer, "Bono Doble promocion" |
| | **Other Identifiers:** (Pl's MSJ Ex. 25, Ex. 1 [APP. 1340]) (SEC-VelezJ-E-0000020) |
| 44 | Announcement, "Comunicado" |
| | **Other Identifiers:** (Pl's MSJ Ex. 25, Ex. 2 [APP. 1341]) (SEC-VelezJ-E-0000024) |
| 46 | PNC Domestic Transfer Record |
| | **Other Identifiers:** (Pl's MSJ Ex. 20, Ex. 1 [APP. 0618-619]) (SEC_LlangariMJ-E-0000001-2) |
| 47 | Llangari Contract |
| | **Other Identifiers:** (Pl's MSJ Ex. 20, Ex. 2 [APP. 0620]) (SEC-LlangariMJ-E-0000003) |
| 50 | Complaint from SEC v. CryptoFX, et al., 4:22-cv-3359 |
| | **Other Identifiers:** USDC/SDTX - Docket 3 |
| 51 | Salesforce Printout – Leader Earnings |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003495) |
| 52 | Salesforce Printout – Leader Commissions |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003566) |
| 53 | Salesforce Summary – Sanchez |
| | **Other Identifiers:** (SEC-ReceiverLJ-E-0003537) |
| 54 | Order Appointing Receiver, SEC v. CryptoFX et al., 4:22-cv-3359 |
| | **Other Identifiers:** USDC/SDTX – Docket 11 |
| 57 | Photo, Sanchez and Chavez |
| | **Other Identifiers**: (Sanchez Depo. Ex. 51) (SEC-DelgadoS-E-0000004) |

| | |
|---|---|
| 58 | Screenshot, Youtube "CFX Academy Conferencia en Houston Tx" |
| | **Other Identifiers**: (Sanchez Depo. Ex. 52) (SEC-SEC-E-0007884 – 0007887) |
| 60 | Elfego Zarco Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 57) (CP-000008531) |
| 61 | Molina Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 58) )(CP-000008605) |
| 62 | Alejandro Zarco Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 59) )(CP-000012528) |
| 63 | Vazquez Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 60) )(CP-000016785) |
| 64 | Rangel Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 61) )(CP-000027894) |
| 65 | Sanchez Text Exchange |
| | **Other Identifiers**: (Sanchez Depo. Ex. 62) (SEC-FW-04464-E-0000041) |
| 67 | Rodriguez Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 66) (SEC-RodriguezS-E-0000013) (SEC-RodriguezS-E-0000013) |
| 68 | Rodriguez NFT Payment Receipt |
| | **Other Identifiers**: (Sanchez Depo. Ex. 67) (SEC-RodriguezS-E-0000027) |
| 69 | Payment Spreadsheet |
| | **Other Identifiers**: (Saravia Depo. Ex. 15) (CHAVEZLT001855) |
| 70 | LibertyCad Web Page Printout |
| | **Other Identifiers**: (Sanchez Depo. Ex. 71) |
| 71 | Funez Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 72) (SEC-YungaS-E-0000005) |
| 72 | Yunga Contract |
| | **Other Identifiers**: (Sanchez Depo. Ex. 73) (SEC-YungaS-E0000002) |
| 74 | La Academia Printout |
| | **Other Identifiers**: (Sanchez Depo. Ex. 75) (SEC-EngelL-E-0000004) |

| | |
|---|---|
| 77 | Photo, Sanchez |
| | **Other Identifiers**: (SEC-CalderonO-E-00000009) |
| 86 | Venture Agreement (Blank) |
| | **Other Identifiers**: (Munoz Depo. Ex. 2) (CHAVEZLT000034) |
| 87 | Leader Tracking Spreadsheet |
| | **Other Identifiers**: (Munoz Depo. Ex. 5) (SEC-ReceiverLJ-E-0002292) |
| | **DEFENDANT'S EXHIBIT** |
| D1 | Venture Agreements Vera and Santibanez |
| | **Other Identifiers**: App. 001894-001898 MSJ Exhibits Plaintiff |

DATED: February 26, 2026.          Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

*/s/ Tyson M. Lies*
Matthew J. Gulde
Illinois Bar No. 6272325
S.D. Texas Bar No. 1821299
Tyson M. Lies
Texas Bar No. 24087927
S.D. Texas Bar No. 3865116
Jillian Harris
Texas Bar No. 24087671
S.D. Texas Bar No. 2669497
United States Securities and
Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, TX  76102
Telephone:  (817) 978-1410
Facsimile:  (817) 978-4927
guldem@sec.gov
liest@sec.gov
harrisji@sec.gov

/s/ *John LaGrappe*
440 Louisiana Ste. 900
Houston, TX 77002
Telephone: 713-236-7723
jlagrappe@yahoo.com
*Attorney for Defendant Ismael Zarco Sanchez*

## CERTIFICATE OF SERVICE

I affirm that on February 26, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court for the Southern District of Texas, Houston Division, by using the CM/ECF system which will send notice of electronic filing to all CM/ECF participants.

*/s/Tyson M. Lies*
Tyson M. Lies