# CRYPTOFX

# presentación de negocios

Cryptocurrency

June 17, 2020



**NO SE PERMITE TOMAR FOTOS NI VIDEOS**
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.

EXHIBIT

1

TRIAL

**PLAINTIFF'S EXHIBIT**

**80**

CFX_020268
FOIA Confidential Treatment Requested



Ethereum (ETH)   236.12      Bitcoin Cash (BCH)   239.31      Bitcoin SV (BSV)   180.90      Bitcoin (BTC)   9,401.59      Ethereum (ETH)   236.12      Bitcoin Cash (BCH)   239.31

# evolución del dinero

dinero
electrónico

tarjetas
de crédito

billetes

monedas

oro

**— CRYPTOMONEDAS**

intercambio

CFX_020269
FOIA Confidential Treatment Requested


NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

 
CRYPTOFX

# hablemos
# de bitcoin

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

**Bitcoin es la criptomoneda más importante.**

Es una moneda digital descentralizada sin un banco central o un administrador único que puede enviarse de un usuario a otro en la red de Bitcoin de igual a igual sin la necesidad de intermediarios.

Las transacciones son verificadas por la red a través de criptografía y registradas en un **libro público distribuido llamado Blockchain**.

Bitcoin fue inventado por una persona desconocida o un grupo de personas con el nombre de Satoshi Nakamoto y se lanzó como software de código abierto en 2009. **Los Bitcoins se crean como recompensa por un proceso llamado minería.**



CFX_020270
FOIA Confidential Treatment Requested

NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**

# volumen total del mercado global de la tecnología Blockchain en billones

(Desde 2017 hasta el 2017, en dólares americanos USD. Fuente: statista.com)



Market in billion U.S. dollars

| Año | Valor |
|------|-------|
| 2017 | 0.98 |
| 2018 | 1.57 |
| 2019* | 2.55 |
| 2020* | 4.19 |
| 2021* | 6.92 |
| 2022* | 11.54 |
| 2023* | 19.36 |
| 2024* | 32.69 |
| 2025* | 55.54 |
| 2026* | 94.89 |
| 2027* | 162.84 |




NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENGA SUS TELEFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**

CFX_02071
FOIA Confidential Treatment Requested

# ¿qué es blockchain?

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

Bitcoin funciona con su propio sistema digital encriptado llamado **BLOCKCHAIN**.

Es un libro contable público donde se pueden ver todas las transacciones en tiempo real, y al mismo tiempo mantiene la privacidad de todos los usuarios.



CFX_020272
FOIA Confidential Treatment Requested

NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**

# ¿dónde de vende o compra BTC?

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.





CFX_020273
FOIA Confidential Treatment Requested



NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com




# ¡gana de 7 formas con CRYPTOFX LLC!

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

**01** Bono de **referido** (2 niveles)

**02** Bono de **recompensa pasiva**

**03** Bono **ELITE** (rango de avance)

**04** Gana con señales de **FOREX**

**05** Gana con **CRYPTOFX IA** (FX automático)

**06** **INGRESOS RESIDUALES**

**07** **Portfolio de Crypto** (100K Club)



CFX_020274
FOIA Confidential Treatment Requested



NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**

# ¡elige tu clase!

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

## THE APPRENTICE
### Class



| Eres NUEVO en Crypto |
| --- |
| **12 Clases en aula o en línea** |
| 3 Meses - 60 clases |
| 07:00 PM - 08:00 PM CST |
| **Costo: $499.99** |

## THE INTERMEDIATE
### Class



| Tienes 1-2 años de experiencia |
| --- |
| **12 Clases en aula o en línea** |
| 3 Meses - 60 clases |
| 07:00 PM - 08:00 PM CST |
| **Costo: $999.99** |

## THE PROFICIENT
### Class



| Tienes más de +3 años de experiencia |
| --- |
| **12 Clases en aula o en línea** |
| 3 Meses - 60 clases |
| 07:00 PM - 08:00 PM CST |
| **Costo: $1,499.99** |

CFX_020275
FOIA Confidential Treatment Requested



NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com




# plan de afiliado

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

**BONO DIRECTO**

**NIVEL 1 — 7%**

**NIVEL 1 — 7%**

**NIVEL 2 — 3%**

**NIVEL 2 — 3%**

**NIVEL 2 — 3%**

**NIVEL 2 — 3%**

CFX_020276
FOIA Confidential Treatment Requested




NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN.



CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com



# tabla de
# ganancias potenciales

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

|  |  |  |  |
|---|---|---|---|
| **PAQUETE** | **GANANCIA MES A MES** | **GANANCIA CADA 3 MESES** | **GANANCIA CADA 6 MESES** |
| 1,000 | 120 | 450 | 900 |
| 2,000 | 240 | 900 | 1800 |
| 3,000 | 360 | 1350 | 2,700 |
| 4,000 | 480 | 1800 | 3,600 |
| 5,000 | 600 | 2250 | 4,500 |
| 1,0000 | 1,200 | 4,500 | 9,000 |
| 1,5000 | 1,800 | 6,750 | 13,500 |
| 20,000 | 2,400 | 9,000 | 18,000 |
| 25,000 | 3,000 | 11,250 | 22,500 |

CFX_020277
FOIA Confidential Treatment Requested



NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**

# rangos de avance

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

**CATEGORÍA**
**ELITE 10**

**OBTIENE 10,000 PTS**
EN TU ORGANIZACIÓN



**$ 250**

**CATEGORÍA**
**ELITE 25**

**OBTIENE 25,000 PTS**
EN TU ORGANIZACIÓN



**$ 500**

**CATEGORÍA**
**ELITE 50**

**OBTIENE 50,000 PTS**
EN TU ORGANIZACIÓN



**$ 1,000**

CFX_020278
FOIA Confidential Treatment Requested

NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com



# plan de afiliado

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

# copia pega y gana

## INDUSTRIA DE +$6 TRILLONES POR DÍA EN TRADING

CFX_020279
FOIA Confidential Treatment Requested

NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com



# modelo de ingresos residuales

*CRYPTOFX LLC es exclusivamente una academia informativa, no un a plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.



| NIVEL | NÚMERO DE ESTUDIANTES | REMUNERACIÓN POR NIVEL | CANTIDAD TOTAL REMUNERADA | GRUPO $1K | GRUPO $2K | GRUPO $3K | GRUPO $4K | GRUPO $5K | GRUPO $6K | GRUPO $7K | GRUPO $8K | GRUPO $9K | GRUPO $10K |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NIVEL 1 | 3 | $3 | $9 | $1K | $2K | $3K | $4K | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 2 | 9 | $3 | $27 | $1K | $2K | $3K | $4K | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 3 | 27 | $3 | $81 | | $2K | $3K | $4K | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 4 | 81 | $3 | $243 | | | $3K | $4K | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 5 | 243 | $3 | $729 | | | | $4K | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 6 | 743 | $3 | $2,187 | | | | | $5K | $6K | $7K | $8K | $9K | $10K |
| NIVEL 7 | 2,187 | $3 | $6,561 | | | | | | $6K | $7K | $8K | $9K | $10K |
| NIVEL 8 | 6,561 | $3 | $19,683 | | | | | | | $7K | $8K | $9K | $10K |
| NIVEL 9 | 19,683 | $3 | $59,049 | | | | | | | | $8K | $9K | $10K |
| NIVEL 10 | 59,049 | $3 | $177.147 | | | | | | | | | $9K | $10K |

CFX_020280
FOIA Confidential Treatment Requested

NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

CRYPTOFX

# soluciones
# CRYPTOFX LLC

- Información de crédito y finanzas incluye asesoramiento financiero.

- Información de crédito y finanzas incluye asesoramiento financiero.

- Reparación de crédito de hasta $15K de mal crédito.

- Información de crédito y finanzas incluye asesoramiento financiero.

- Reparación de crédito de hasta $15K de mal crédito.

- 1 línea de crédito de $15K

- Posibilidad de aumentar el puntaje de 50-100 puntos

- Información de crédito y finanzas incluye asesoramiento financiero.

- Reparación de crédito de hasta $15K de mal crédito.

- 2 líneas de crédito de $25K - $35K

- Posibilidad de aumentar el puntaje de 75-150 puntos

CFX_020281
FOIA Confidential Treatment Requested



NO SE PERMITE TOMAR FOTOS NI VIDEOS
POR FAVOR MANTENER SUS TELÉFONOS EN MODO DE VIBRACIÓN

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com





# llega a lo más alto

## founders circle

CFX_020282
FOIA Confidential Treatment Requested

**Clasificación:** Confidencial
**Presentación de Negocios**

CRYPTOFX, LLC
cryptofxlearningacademy.com
cryptofx@icloud.com

**CRYPTOFX**



www.cryptofxlearningacademy.com

CFX_020283
FOIA Confidential Treatment Requested





# VISION

Ser los formadores de un selecto grupo de personas con el objetivo de ayudarles a construir su propio modelo de libertad financiera en los mercados digitales globales de FOREX y Criptomoneda, guiados por traders profesionales con alto nivel de conocimiento en estas dos industrias.

# MISION

Consolidar nuestro liderazgo regional y global como centro de educación profesional de la economía digital emergente y pioneros de este cambio que transformará al mundo en los próximos años.

CFX_020284
FOIA Confidential Treatment Requested

www.cryptofxla.com



# BITCOIN

Bitcoin es la criptomoneda más importante. Es una moneda digital descentralizada, sin un banco central o un administrador único, que puede enviarse de un usuario a otro en la red de Bitcoin de igual a igual sin la necesidad de intermediarios. Las transacciones son verificadas por la red a través de criptografía y registradas en un libro público distribuido llamado Blockchain.

Bitcoin fue creado por una persona desconocida o un grupo de personas con el nombre de Satoshi Nakamoto y se lanzó como software de código abierto en 2009. Los Bitcoins se obtienen como recompensa para un proceso llamado minería.

CFX_020285
FOIA Confidential Treatment Requested



# CRYPTO

La criptomoneda, también llamada moneda virtual o criptodivisa, es dinero digital. Eso significa que no hay monedas ni billetes físicos; todo es virtual. Usted puede transferir una criptomoneda a alguien en internet sin un intermediario, como un banco. Las criptomonedas más conocidas son Bitcoin y Ethereum, pero se continúan creando nuevas criptomonedas a medida que evolucionamos en todo este mundo digital.





www.cryptofxla.com



CFX lifestyle

CFX_020286

FOIA Confidential Treatment Requested



CFX_020287
FOIA Confidential Treatment Requested



## QUIENES SOMOS

Somos una academia creada exclusivamente para estudiantes, donde nuestro único objetivo es EDUCAR, ENSEÑAR Y GUIAR en el conocimiento de diferentes activos digitales con sistemas de trading en los fabulosos mundos tecnológicos de las criptomonedas y FOREX.

**CFX** lifestyle

CFX_020288

FOIA Confidential Treatment Requested

www.cryptofx.com




CFX_02289

FOIA Confidential Treatment Requested

CFX LIFESTYLE



# MISIÓN

Consolidar nuestro liderazgo regional y global como centro de educación profesional de la economía digital emergente y pioneros de este cambio que transformará al mundo en los próximos años.

El **TRADING** consiste en comprar y vender activos en los mercados financieros con el objetivo de obtener un beneficio, la idea es comprar barato y vender caro para que de esta forma se obtenga una ganancia.

**FOREX** también conocido como mercado de divisas, es la conversión de una divisa a otra. Es uno de los mercados más activos del mundo, con un volumen de operaciones aproximado de 6 trillones de dolares.

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataformade trading o inversiones. Cualquier duda consúltela con su asesor financiero.

CFXLIFESTYLE



# VISIÓN

Ser los formadores de un selecto grupo de personas con el objetivo de ayudarles a conseguir su propio modelo de libertad financiera en los mercados digitales globales de FOREX y CRIPTOMONEDAS, guiados por traders profesionales con un alto nivel de conocimiento en estas dos industrias.

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataformade trading o inversiones. Cualquier duda consúltela con su asesor financiero.

CFX LIFESTYLE



# HABLEMOS DE BITCOIN





**CFX** LIFESTYLE

## BITCOIN es la criptomoneda más importante.

Es una moneda digital descentralizada sin un banco central o un administrador único que puede enviarse de un usuario a otro en la red de Bitcoin de igual a igual sin la necesidad de intermediarios.

Las transacciones son verificadas por la red a través de criptografía y registradas en un **libro público distribuido llamado Blockchain**.

Bitcoin fue creado por una persona desconocida o un grupo de personas con el nombre de Satoshi Nakamoto y se lanzó como software de código abierto en 2009. Los Bitcoins se crean como recompensa por un proceso llamado minería.

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

www.cryptofxla.com

# ¿QUÉ ES BLOCKCHAIN?

Es un libro contable público donde se pueden ver todas las transacciones en tiempo real y al mismo tiempo mantiene la privacidad de todos los usuarios

Bitcoin funciona con su propio sistema digital encriptado llamado **BLOCKCHAIN**





CFX LIFESTYLE

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

# ¿DÓNDE VENDER O COMPRAR BTC?

 coinbase

 Cash App

 PayPal

 BINANCE

 BLOCKCHAIN

 BITTREX

KuCoin

 TRUST WALLET

EXODUS

 Robinhood

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataformade trading o inversiones. Cualquier duda consúltela con su asesor financiero.

 CFX LIFESTYLE



# ELIGE TU CLASE

www.cryptofxla.com

## THE PROFICIENT Class

## THE INTERMEDIATE Class

## THE APPRENTICE Class

CFX LIFESTYLE

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.

# PLAN REFERIDO

**NIVEL 1-7%**
$ 70

**NIVEL 1-7%**
$ 70

**NIVEL 2-3%**
$ 30

**NIVEL 2-3%**
$ 30

**NIVEL 2-3%**
$ 30

**NIVEL 2-3%**
$ 30

## BONO DIRECTO
EJEMPLO PAQUETE $1000

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.



# TABLA DE GANANCIAS POTENCIALES PASIVAS

| PAQUETE | GANA EN PROMEDIO CADA 3 MESES HASTA | GANA EN PROMEDIO CADA 6 MESES HASTA |
|---------|-------------------------------------|-------------------------------------|
| 5,000 | DE 0 A 15% PROMEDIO | DE 0 A 15% PROMEDIO |
| 10,000 | DE 0 A 15% PROMEDIO | DE 0 A 15% PROMEDIO |
| 15,000 | DE 0 A 15% PROMEDIO | DE 0 A 15% PROMEDIO |
| 20,000 | DE 0 A 15% PROMEDIO | DE 0 A 15% PROMEDIO |
| 25,000 | DE 0 A 15% PROMEDIO | DE 0 A 15% PROMEDIO |

*Ganancias pasivas pueden ser variables en cualquier momento sin previo aviso. Por el momento se seguirá haciendo el pago a la inversión de 1,000 a 4,000 esto puede cambiar sin previo aviso.
Si hay un cambio drástico en el mercado CRYPTOFX LLC puede tomar determinación de cambiar pagos pasivos.
El pago se hará mediante BTC o el equivalente en criptomoneda.

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duca consúltela con su asesor financiero.



# RANGOS DE AVANCE



**RANGO ELITE 10**
INGRESA $10,000 EN TU ORGANIZACIÓN
*$250 cash*
40% → 30% → 30%



**RANGO ELITE 25**
INGRESA $25,000 EN TU ORGANIZACIÓN
*$500 cash*
40% → 30% → 30%



**RANGO ELITE 50**
INGRESA $50,000 EN TU ORGANIZACIÓN
*$1,000 cash*
40% → 30% → 30%



**RANGO ELITE 100**
INGRESA $100,000 EN TU ORGANIZACIÓN
*$2,500 cash*
Requisitos de lineas de trabajo
40% → 30% → 30%



**RANGO ELITE 250**
INGRESA $250,000 EN TU ORGANIZACIÓN
*$5,000 cash*
Requisitos de lineas de trabajo
40% → 30% → 30%



**RANGO ELITE 500**
INGRESA $500,000 EN TU ORGANIZACIÓN
*$10,000 cash*
Requisitos de lineas de trabajo
40% → 30% → 30%

las piernas de colocación no necesariamente tienen que ser tres, pueden ser mas de tres. Una debe darte el 40% del total

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataformade trading o inversiones. Cualquier duda consúltela con su asesor financiero.



# EJEMPLO DE TABLA DE GANANCIAS POTENCIALES PASIVAS

| PAQUETE | GANAR POR MES HASTA | GANAR CADA TRES MESES | |
|---------|---------------------|-----------------------|---|
| $ 1,000 | 15% | $ 450 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 2,000 | 15% | $ 900 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 3,000 | 15% | $ 1,350 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 4,000 | 15% | $ 1,800 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 5,000 | 15% | $ 2,250 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 10,000 | 15% | $ 4,500 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 15,000 | 15% | $ 6,750 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 20,000 | 15% | $ 9,000 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |
| $ 25,000 | 15% | $11,250 | LOS PAGOS SE HACEN POR BTC O EL EQUIVALENTE A CRYPTO |

*Ganancias pasivas puenden ser variables en cualquier momento sin previo aviso.
Si hay un cambio drástico en el mercado CRYPTOFX LLC puede tomar determinación de cambiar pagos pasivos.

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataformade trading o inversiones. Cualquier duda consúltela con su asesor financiero.





# BIENVENIDOS A CRYPTOFX LLC

www.cryptofxla.com



CFX LIFESTYLE

* CRYPTOFX LLC es exclusivamente una academia informativa, no somos una plataforma de trading o inversiones. Cualquier duda consúltela con su asesor financiero.