# CFX ACADEMY
# GENERAL INFORMATION

**EXHIBIT**

2

TRIAL

SEC-ReceiverLJ-E-0002301

FW-04464 CryptoFX

**EXHIBIT**

**18**

SEC-ReceiverLJ-E-0002301

# PURPOSE

The purpose of this deck is to outline the main principles and guidelines within CFX Academy. This includes how bonuses are paid, leadership map based on location, and common student membership FAQ's.

SEC-ReceiverLJ-E-0002302

# Table of Contents

| Page | Section |
|---|---|
| 4 | Elite Bonus |
| 5 | Elite Bonus Rules |
| 6 | Membership Cancelation |
| 7 | Rollovers |
| 8 | Common Contract FAQ's |
| 9 | Leadership Map |
| 10-13 | Leaders Within Texas |
| 14-15 | Leaders Across Different States |

SEC-ReceiverLJ-E-0002303

SEC-ReceiverLJ-E-0002301

# ELITE BONUS

Monthly payout based on network revenue referred each month per individual student.

25K- $500

50K- $1,000.

100K - $2,500.

250K - $5,000.

500k - 10,000.

**What is an Elite Bonus?**

An Elite Bonus is a bonus awarded to each student for achieving a minimum threshold of referred

SEC-ReceiverLJ-E-0002304

# ELITE BONUS RULES

- List of referred new students must be turned in by the 15th day of the following month to qualify for the Elite Bonus.

- Must have at least three direct referrals within separate "legs" to qualify.

- The earning sum of each leg must make up a 30:30:40 split OR similar distribution across a students network. (one leg can not make up more than 40% of the total network earnings across the three legs).

- EX: Joe qualifies for a $1000 Elite Bonus reward for referring

$50,000 worth in network revenue for a single month distributed

across three different legs in a similar distribution.



Joe

$15,000
30%

$15,000
30%

$20,000
40%

# ELITE BONUS RULES (Cont'd)

- Students within a leader network can also qualify for Bonus Elite as long as they meet the previous guidelines (even distribution of new student revenue is met across three referral legs or more).

EX: Amy qualifies for the $500 Elite Bonus under Joe

For referring $25,000 of new student revenue to the

Academy.



Joe

Amy

| $10,000 | $10,000 | $5,000 |
|---------|---------|--------|
| 40% | 40% | 20% |

# Membership Cancellation

Membership Cancellation Guidelines:

- Must wait at least 30 days from expiration date of the membership to receive capital reimbursement.
  - If capital is more than 10k. It will be split in 2 parts. ( half will be paid in 30 days, and second half will be payed 15 days after.
  - If capital i greater than 50k; it will be split in 3 parts ( first part will be paid 30 days after contract expiration; second part 15 days after; and third part a week after.
  - If capital is greater than 100k; it will be split in 4 parts ( first part will be paid 30 days after contract expiration; second part 15 days after the first capital payment; third and fourth parts will be split a week apart.

SEC-ReceiverLJ-E-0002301

# Rollovers

Rollovers are not automatic. Student must notify the Academy via text to 713-429-0262 and provide the following:

1) A picture of the contract
2) Written confirmation from the student to conduct a rollover

Note: A rollover may be requested 3 days before the date specified in the contract.

SEC-ReceiverLJ-E-0002308

# COMMON CONTRACT FAQ

How many student account may I open?-

- Have up to five active accounts.

How many rollovers can I make on my student membership?

- Each student account is allowed a maximum of two rollovers

How many times can I conduct a renewal on my student account?

- Each student membership account has a limit of two renewals (limited to 1.5 years in contract length)

Do I need my contract information when making a reward payout appointment?

- -A student must declare the number of contracts to be paid at their appointment ahead of time (up to 5 contracts)

# COMMON CONTRACT FAQ

- Additional funds may not be added to an existing contract. Only new contracts can be opened under a student's account with additional funds (minimum of $5,000).
- Once a student contract reaches three times its original capital value, the contract will expire and the student will be required to claim their reward pay out.
- Contract term length may not be changed after

# Leadership Map
### (AND EXPANDING)



Chicago

Los Angeles

Atlanta

Dallas

Waco

New Orleans

Houston
(Corporate
Headquarters)

Miami

## Leaders Within Texas

| Name | Location |
|---|---|
| Andy Moreno | Houston, TX |
| Ninfa Zarco-Bucio | Houston, TX |
| Sandra Iglesias | Houston, TX |
| Juan Gomez | Houston, TX |
| Lucy Albarran | Houston, TX |
| Rolando Tahiboy | Houston, TX |
| Santos Balvino Zetino | Houston, TX |
| Juan Galarza | Houston, TX |
| Norma (Lily) Garcia | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
|---|---|
| Olegario Munoz | Houston, TX |
| Pedro Henriquez | Houston, TX |
| Roger Rivera | Houston, TX |
| Salvador Reyes | Houston, TX |
| Tony Lemus | Houston, TX |
| Evelyn Lopez | Houston, TX |
| Gabriela Longoria | Houston, TX |
| Horacio Morales | Houston, TX |
| Gervacia Joaquin | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
| --- | --- |
| Juan Antonio Hernandez | Houston, TX |
| Luis De La Fuente | Houston, TX |
| Orlin Turcios | Houston, TX |
| Ricarda Sapon | Houston, TX |
| Rosalina Gomez | Houston, TX |
| Maria (Loly) Saravia | Houston, TX |
| Maximo Cua | Houston, TX |
| Norka Corvera | Houston, TX |
| Alba Vasquez | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
| --- | --- |
| Maribel Coleman | Houston, TX |
| Virginia Martinez | Waco, TX |
| Olga Arriaga | Dallas, TX |

## Leaders Across Different States

| Name | Location |
| --- | --- |
| Flor De Millan | Los Angeles, CA |
| Jorge Fuentes | Los Angeles, CA |
| Rosa Teran | Chicago, IL |
| Gloria Castaneda | Chicago, IL |
| Ismael Sanchez | Chicago, IL |
| Maricela Rocha | Chicago, IL |
| Martil Palma | Chicago, IL |
| Roberto Zavala | Chicago, IL |
| Reyna Guifarro | New Orleans, LA |

## Leaders Across Different States (Cont'd)

| Name | Location |
| --- | --- |
| Elizabeth Scoto | New Orleans, LA |
| Saul Varela | New Orleans, LA |
| Claudia Bustamante | Atlanta, GA |
| Luis Nunez | Atlanta, GA |
| Sulay Aguado | Miami, FL |
| John Sagura | Miami, FL |

SEC-ReceiverLJ-E-0002301

# Español

SEC-ReceiverLJ-E-0002318

SEC-ReceiverLJ-E-0002301

# CFX ACADEMY
# INFORMACIÓN GENERAL

SEC-ReceiverLJ-E-0002319

SEC-ReceiverLJ-E-0002301

# Objectivo

El propósito de este documento es delinear los principales principios y pautas dentro de CFX Academy. Esto incluye cómo se pagan las bonificaciones, el mapa de liderazgo basado en la ubicación geográfica, y las preguntas frecuentes comunes sobre la membresía estudiantil.

SEC-ReceiverLJ-E-0002320

# Tabla de contenido

| Página | Contenido |
|---|---|
| 21 | Bono Elite |
| 22-23 | Reglas Del Bono Elite |
| 24 | Cancelación De Membresía |
| 25 | Rollovers |
| 26 | Preguntas Frecuentes Sobre Contratos Estudiantil |
| 27 | Mapa De Liderazgo |
| 28-31 | Líderes Dentro De Texas |
| 32-33 | Líderes En Diferentes Estados |

# Bono Elite

Pago mensual basado en los ingresos de la red referidos cada mes por estudiante individual.

25K- $500

50K- $1,000.

100K - $2,500.

250K - $5,000.

500k - 10,000.

**¿Qué es un Bono Élite?**

Un Bono Elite es un bono otorgado a cada estudiante por alcanzar un umbral mínimo de referidos.

# REGLAS DE BONOS DE ÉLITE

- La lista de nuevos estudiantes referidos debe entregarse antes del día 15 del mes siguiente para calificar para el Bono Élite.

- Debe tener al menos tres referencias directas dentro de ramas separadas para calificar.

- La suma de las ganancias de cada rama debe formar una división de 30:30:40 O una distribución similar en una red de estudiantes. (un tramo no puede representar más del 40 % de las ganancias totales de la red en los tres tramos).

- EJ: Joe califica para una recompensa de bonificación Elite de $ 1000 por recomendar

$ 50,000 en ingresos de red por un solo mes distribuido

en tres patas diferentes en una distribución similar.



| $15,000 | $15,000 | $20,000 |
| 30% | 30% | 40% |

# REGLAS DE BONOS DE ÉLITE (Cont'd)

- Los estudiantes dentro de una red líder también pueden calificar para Bono Élite siempre que cumplan con las pautas anteriores (incluso la distribución de los ingresos de los nuevos estudiantes se cumple en tres tramos de referencia o más).

EJ: Amy califica para el Bono Élite de $500 con Joe

por remitir $25,000 de ingresos de nuevos estudiantes a la

Academia.



SEC-ReceiverLJ-E-0002301

# Cancelación De Membresía

Directrices de cancelación de membresía:

- Debe esperar al menos 30 días desde la fecha de vencimiento de la membresía para recibir el reembolso de capital.
  - Si el capital es más de 10k. Se dividirá en 2 partes. (La mitad se pagará en 30 días y la segunda mitad se pagará 15 días después.
  - Si el capital i es superior a 50k; se dividirá en 3 partes (la primera parte se pagará 30 días después del vencimiento del contrato, la segunda parte 15 días después y la tercera parte una semana después).
  - Si el capital es superior a 100k; se dividirá en 4 partes (la primera parte se pagará 30 días después del vencimiento del contrato; la segunda parte 15 días después del primer pago de capital; la tercera y cuarta parte se dividirán con una semana de diferencia).

SEC-ReceiverLJ-E-0002325

# Rollovers

Las transferencias no son automáticas. El estudiante debe notificar a la Academia por mensaje de texto al 713-429-0262 y proporcionar lo siguiente:

1) Una foto del contrato
2) Confirmación por escrito del estudiante para realizar un rollover

Nota: Se puede solicitar un rollover 3 días antes de la fecha especificada en el contrato.

SEC-ReceiverLJ-E-0002301

# PREGUNTAS FRECUENTES COMÚN

A student may:

¿Cuántas cuentas puedo abrir?

- Cada estudiante puede tener hasta 5 cuentas a su nombre.

¿Cuántas rollovers puedo hacer?

- Cada estudiante puede hacer hasta dos renovaciones para una cuenta de membresía (contrato)

How many renewals can I make on my membership account?

- Each student membership account has a limit of two renewals (limited to 1.5 years in contract length)

How many contract rewards can I collect on the date of my appointment?

- A student must declare the number of contracts to be paid at their appointment ahead of time (up to 5 contracts)

SEC-ReceiverLJ-E-0002327

# Leadership Map
### (AND EXPANDING)

Chicago

Los Angeles

Atlanta

Dallas

Waco    New Orleans

Houston
(Corporate
Headquarters)

Miami

## Leaders Within Texas

| Name | Location |
| --- | --- |
| Andy Moreno | Houston, TX |
| Ninfa Zarco-Bucio | Houston, TX |
| Sandra Iglesias | Houston, TX |
| Juan Gomez | Houston, TX |
| Lucy Albarran | Houston, TX |
| Rolando Tahiboy | Houston, TX |
| Santos Balvino Zetino | Houston, TX |
| Juan Galarza | Houston, TX |
| Norma (Lily) Garcia | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
| --- | --- |
| Olegario Munoz | Houston, TX |
| Pedro Henriquez | Houston, TX |
| Roger Rivera | Houston, TX |
| Salvador Reyes | Houston, TX |
| Tony Lemus | Houston, TX |
| Evelyn Lopez | Houston, TX |
| Gabriela Longoria | Houston, TX |
| Horacio Morales | Houston, TX |
| Gervacia Joaquin | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
| --- | --- |
| Juan Antonio Hernandez | Houston, TX |
| Luis De La Fuente | Houston, TX |
| Orlin Turcios | Houston, TX |
| Ricarda Sapon | Houston, TX |
| Rosalina Gomez | Houston, TX |
| Maria (Loly) Saravia | Houston, TX |
| Maximo Cua | Houston, TX |
| Norka Corvera | Houston, TX |
| Alba Vasquez | Houston, TX |

## Leaders Within Texas (Cont'd)

| Name | Location |
| --- | --- |
| Maribel Coleman | Houston, TX |
| Virginia Martinez | Waco, TX |
| Olga Arriaga | Dallas, TX |

## Leaders Across Different States

| Name | Location |
| --- | --- |
| Flor De Millan | Los Angeles, CA |
| Jorge Fuentes | Los Angeles, CA |
| Rosa Teran | Chicago, IL |
| Gloria Castaneda | Chicago, IL |
| Ismael Sanchez | Chicago, IL |
| Maricela Rocha | Chicago, IL |
| Martil Palma | Chicago, IL |
| Roberto Zavala | Chicago, IL |
| Reyna Gifarro | New Orleans, LA |

## Leaders Across Different States (Cont'd)

| Name | Location |
| --- | --- |
| Elizabeth Scoto | New Orleans, LA |
| Saul Varela | New Orleans, LA |
| Claudia Bustamante | Atlanta, GA |
| Luis Nunez | Atlanta, GA |
| Sulay Aguado | Miami, FL |
| John Sagura | Miami, FL |