SLIP SHEET FOR EXHIBIT 004

Video CFX academy Houston

(Turcios Depo. Ex. 20)

SEC-SEC-E-0007953

**EXHIBIT**

4

TRIAL