## HEARING MINUTES

Cause No:        4:24-CV-939

Style:           Securities And Exchange Commission v. Sanchez et al

Hearing Type:    Status conference

**Appearances:**
**Counsel**                              **Representing**

Tyson Mark Lies                          SEC

John Charles LaGrappe                     Ismael Sanchez

Date:  April 15, 2026              Court reporter: H. Alcaraz
Time: 2:07 p.m.—2:12 p.m.          Law Clerk: L. McKinney

At the hearing, the following rulings were made as stated on the record:

The Court held a status conference.

This case will remain administratively closed. The SEC will file a motion regarding remedies as discussed on the record.